IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| ALLIED INSURANCE COMPANY OF AMERICA, | ) ) ) |
| Plaintiff, | ) ) Case No.: 6:21-cv-01230 |
| v. | ) ) ) |
| SHAN, LLC, | ) ) |
| Defendant. | ) |

## ORDER AND JUDGMENT

The cause comes before the Court on the Motion for Default Judgment of Plaintiff Allied Insurance Company of America on its Complaint for Declaratory Judgment against Defendant Shan, LLC. The Court, finding that Defendant has failed to answer or plead, enters judgment for Allied and against Defendant Shan, LLC on Allied's Complaint for Declaratory Judgment.

The Court further finds and decrees as follows:

1. On September 23, 2021, Allied filed a Complaint for Declaratory Judgment in the United States District Court for the District of Kansas seeking a judicial determination of the parties' rights, obligations and liabilities under an insurance policy issued by Allied to Defendant.

2. Defendant was served with the Complaint and Summons on September 24, 2021 but has failed to answer or otherwise plead or defend.

3. The Court has both subject matter jurisdiction over the claims asserted in Allied's Complaint for Declaratory Judgment, and personal jurisdiction over Defendant.

4. An actual, justiciable controversy exists between the parties, and resolution of the matters raised in this action will dispose of all issues between the parties concerning the parties' rights, obligations and liabilities under the insurance policy.

5. Allied has complied with all conditions precedent under the insurance policy and has no other adequate remedy at law.

6. The Court, therefore, pursuant to Federal Rule of Civil Procedure 55, hereby enters judgment by default against Defendant Shan, LLC in the matter for failing to plead or otherwise defend after being served with proper service in accordance with the Federal Rules of Civil Procedure.

7. In entering default judgment against Defendant Shan, LLC, the Court specifically finds that:

    a. Allied issued to Defendant as named insured a commercial business owners insurance policy, Policy No. ACP BPRL 3007854406, with effective dates of August 4, 2016 to August 4, 2017 (the "Policy").

    b. Defendant made a claim under the Policy for alleged damage to property insured under the Policy located at 151 and 153-177 W. U.S. Highway 24, Independence, MO 64050, with said damage alleged by Defendant to have occurred on or about March 6, 2017.

    c. There is no coverage under the Policy for Defendant's claimed loss because the loss is excluded by various exclusions in the Policy, including those pertaining to wear and tear, deterioration, cracking, faulty, inadequate or defective workmanship, construction, renovation, and maintenance, and neglect of an insured to save and preserve property from further damage. There is also no coverage under the Policy for Defendant's claimed loss because of Defendant's failure to comply with Policy conditions requiring Defendant to provide Allied prompt notice of the loss.

        d.        The appraisal provisions of the Policy are not applicable at this time due to the dispute concerning the scope of coverage under the Policy, as opposed to a dispute over the value of damage.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that Final Judgment is entered in favor of Plaintiff Allied Insurance Company of America and against Defendant Shan, LLC, adjudging and declaring that Defendant is not entitled to coverage for its claimed property loss under the insurance policy issued by Allied, Policy No. ACP BPRL 3007854406, and that appraisal of the claimed loss is not appropriate to determine issues of coverage.

**IT IS SO ORDERED.**

**DATE**:   October 28, 2021        s/   Toby Crouse
                                                  Honorable Toby Crouse
                                                  United States District Judge